

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00438 |
| v. | Judge Mary M. Rowland |
| JOVAN ANDERSON | Magistrate Judge Keri L. Holleb Hotaling |
| | RANDOM / Cat. 4 |
| | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about July 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JOVAN ANDERSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus PT809C 9mm semi-automatic pistol, bearing serial number TKS21000, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The SPECIAL APRIL 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus PT809C 9mm semi-automatic pistol, bearing serial number TKS21000, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY